**Fill in this Information to identify the case:**

Debtor 1: JOHNSON LAW GROUP P.C,
First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Nevada
(State)

Case number: 10-22075

---

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $14,000.00 |
|---|---|
| Claimant's Name: | RTM Financial Solutions LLC/ Robbie Moore |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 5335 N Kings Hwy # 1043<br>Myrtle Beach SC 29577 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (check the statements that apply):

- ☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- ☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- ☐ Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).
- ☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- ☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| | |
|---|---|
| **4. Notice to United States Attorney** | |
| ☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address: | |

Office of the United States Attorney
701 Northbridge St #800, District of Las Vegas, NV 89102
*[Court enters address here]*

| | |
|---|---|
| **5. Applicant Declaration**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: 5/8/20<br><br>_[signature]_<br>Signature of Applicant<br><br>Printed Name of Applicant<br>RTM FINANCIAL SOLUTIONS LLC / Robbie Moore<br><br>Address: 5335 N KINGS HWY #1043<br>MYRTLE BEACH SC 29577<br><br>Telephone: (910)690-1054<br><br>Email: admin@rtmfinancialsolutionsllc.co | **5. Co-Applicant Declaration (if applicable)**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: _____<br><br>_____<br>Signature of Co-Applicant (if applicable)<br><br>Printed Name of Co-Applicant (if applicable)<br><br><br>Address:<br><br><br>Telephone:<br><br>Email: |
| **6. Notarization**<br>STATE OF North Carolina<br>COUNTY OF Wake<br><br>This Application for Unclaimed Funds, dated 5/8/2020 was subscribed and sworn to before me this 8th day of May, 20 20 by<br>Robbie Moore<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL) Notary Public _[signature: Shanna Fonville]_<br>My commission expires: 11/26/2021<br><br>*[Notary seal: SHANNA FONVILLE, Notary Public, Wake County, My Comm. Exp. 11-26-2021, NORTH CAROLINA]* | **6. Notarization**<br>STATE OF _____<br>COUNTY OF _____<br><br>This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by<br>_____<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL) Notary Public _____<br>My commission expires: _____ |



RECEIVED DLS

2020 MAY 15 PM 2 05

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK



## NOTICE OF RECEIPT OF MAIL

This document was received through the mail by the U.S. Bankruptcy Court, District of Nevada.

The court is committed to continuing service to the public during the Coronavirus (COVID-19) outbreak. During Governor Sisolak's press conference he stated that all Nevadans should stay home to protect family and the public. The court is taking actions to protect individuals involved in bankruptcy cases, as well as court employees, from transmission of the virus.

Due to safety and health concerns for U.S. Bankruptcy Court's staff, the time stamp on this document is when the envelope was received in the Clerk's office. The documents are being held for a minimum of 24 hours before processing per instructions for handling mail by the U.S. Marshal Service.

Clerk's Office
U.S. Bankruptcy Court,
District of Nevada
Phone:  1-866-232-1266
Email:  helpdesk@nvb.uscourts.gov
Website:  www.nvb.uscourts.gov